U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 27, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: **FEB 29 2008**

By Facsimile
The Honorable George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: United States v. Rafael Carabello and Ismael Gonzalez
07 Cr. 449 (GBD)

Dear Judge Daniels:

The parties were scheduled to appear before the Court today for a pretrial conference. Because one of the defendants was produced late from the Metropolitan Detention Center, the parties requested an adjournment of the conference until March 6, 2008, at 11:00 a.m. The Government is in the process of having discussions regarding a disposition of this matter with counsel for both defendants, and, we believe that both defendants will seek to plead guilty at the next conference. Accordingly, the Government requests an exclusion of time under the Speedy Trial Act, from today until March 6, 2008. I have spoken with counsel for each of the defendants, and they consent to the exclusion of time. Thank you for your consideration of these matters.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: _____
Jessica A. Masella
Assistant United States Attorney
(212) 637-2288

cc: Paul Madden, Esq.
Donald Duboulay, Esq.

SO ORDERED:  FEB 29 2008

_____
**HON. GEORGE B. DANIELS**